AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

LOCAL 710 HEALTH & WELFARE FUND,
Plaintiff,

v.

SCALA PACKING COMPANY, INC., an Illinois Corporation,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

JUDGE: 08CV1631
JUDGE COAR
MAGISTRATE JUDGE COX

TO: (Name and Address of Defendant)

SCALA PACKING COMPANY, INC., an Illinois Corporation
c/o: PASCAL G. SCALA, Registered Agent
351 West Huron Street
Chicago, IL 60610

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael W. Dobbins, Clerk

J. Cervantes

(By) DEPUTY CLERK

March 20, 2008

Date

BY DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 3-20-2008 |
| NAME OF SERVER (PRINT) Bernard L. Flore | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Xavier Smith Supervisor of Scala Parking Co.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 15.00 | | 15.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-23-2008
Date

Bernard Leflore
Signature of Server

200 W. JACKSON Suite 1900
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.