IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 710 HEALTH & WELFARE FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 C 1631 |
| | ) | |
| SCALA PACKING COMPANY, INC., | ) | Judge Coar |
| an Illinois Corporation, | ) | |
| | ) | Mag. Judge Cox |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   PASCAL G. SCALA
Scala Packing Company, Inc.
351 West Huron Street
Chicago, IL 60610

**PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing before Judge Coar, at Room 1419, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 30th day of April 2008, at 9:00 A.M. of that day or as soon thereafter as counsel can be heard.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

## CERTIFICATE OF SERVICE

ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiffs in this action, and that he served the attached Motion upon:

> PASCAL G. SCALA
> **Scala Packing Company, Inc.**
> **351 West Huron Street**
> **Chicago, IL 60610**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 14th day of April 2008.

Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558