Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1631 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Local 710 Health & Welfare Fund vs. Scala Packing Co., Inc | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/30/2008 regarding # 7. Plaintiff's Motion [7] for entry of default is granted. The Court enters the Judgment Order with modifications. Judgment is entered in favor fothe plaintiff and against the defendant in the total sum of $65,410.42. The defendant shall comply with all terms and conditions of the Collective Bargaining Agreement with Local 710. ENTER JUDGMENT ORDER. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|