

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

LOCAL 710 HEALTH & WELFARE FUND,    )

            Plaintiff,    )

                     )

       v.                     )    No.    08 C 1631

                     )

SCALA PACKING COMPANY, INC.,       )    Judge Coar

an Illinois Corporation,             )

                     )    Mag. Judge Cox

            Defendant.    )

## JUDGMENT ORDER

This cause coming on to be heard upon motion of the Plaintiffs for entry of default order, and the Court being duly advised in the premises,

IT IS NOW THEREFORE ORDERED:

1.      That Defendant, SCALA PACKING COMPANY, INC., an Illinois Corp., having failed to appear and plead or otherwise defend in this action is adjudged to be in default and judgment is hereby entered herein.

2.      The Complaint filed by the Plaintiffs against the Defendant is hereby taken as confessed.

3.      That judgment in the amount of SIXTY FIVE THOUSAND FOUR HUNDRED TEN AND 42/100 DOLLARS ($65,410.42) which amount includes Court costs in the amount of THREE HUNDRED FIFTY AND 00/100 DOLLARS ($350.00) and attorney's fees in the amount of ONE THOUSAND TWO HUNDRED SIXTY SEVEN DOLLARS AND 50/100 ($1,267.50) is entered against SCALA PACKING COMPANY, INC., an Illinois Corp., and in favor of LOCAL 710 HEALTH & WELFARE FUND.

4.      That Defendant is ordered to produce its books and records for the period January 1, 2006, through December 31, 2007, within 20 days from the date of this Order,

and to pay to Plaintiffs the amount found due and owing in accordance with the applicable provisions of its collective bargaining agreement.

5.    That Defendant shall comply with and perform according to the terms and conditions of its Collective Bargaining Agreement with Local 710.

5.    The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiffs in order to enforce the judgment entered herein.


DATED: _April 30, 2008_        ENTER:

_____
U.S. District Court Judge


ROBERT B. GREENBERG
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558