*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____     Assigned/Issued By: _____

Judge Name: _____      Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment
                                         _____
☐ Wage-Deduction Garnishment Summons     _____
                                         *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                         ☐ Other
☐ Writ _____              _____
       *(Type of Writ)*                  _____
                                         *(Type of issuance)*

_____Original and _____ copies on _____ as to _____
                                    *(Date)*
_____

_____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 0 6 2008 TC
6-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LOCAL 710 HEALTH & WELFARE FUND, ) | |
| Plaintiff ) | |
| -vs- ) | |
| SCALA PACKING CO., INC., an Ill. Corp., ) | Case No. 08C 1631 |
| Defendant ) | Judge Coar |
| and ) | |
| LA SALLE BANK, NA, now known as Bank of America ) | |
| Garnishee-Defendant ) | |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

_____ROBERT B. GREENBERG_____ on oath states:

1. Judgment was entered on _____APRIL 30, 2007_____, for judgment creditor(s) _____LOCAL 710 HEALTH & WELFARE FUND,_____ and against judgment debtor(s) _____SCALA PACKING COMPANY, INC., an Illinois Corporation,_____ for $ 65,410.42 _____ and costs.

2. $_____0_____ has been paid on judgment.

3. There is unpaid on the judgment:
   $ 65,410.42 _____ principal
   $_____ costs
   $_____ interest
   $ 65,410.42 _____ TOTAL

4. I believe garnishee _LA SALLE BANK, NA, now known as Bank of America,_ is indebted to the judgment debtor, other than wages, or has in his or her possession, custody or control property belonging to him or her or in which he/she has an interest.

5. I request that summons issue directed to garnishee.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON: _May 30_____, 2008.

_____[signature]_____

NAME: ROBERT B. GREENBERG
ATTORNEY FOR: Plaintiffs
ADDRESS: 200 West Jackson Blvd., - Suite 1900
CITY: Chicago, IL 60606
TELEPHONE: (312) 263-1500

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOCAL 710 HEALTH & WELFARE FUND, )
                      Plaintiff )
            -vs- )
SCALA PACKING CO., INC., an Ill. Corp., )
                    Defendant )   Case No. 08C 1631
            and )  Judge Coar
LA SALLE BANK, NA, now known as Bank of America )
            Garnishee-Defendant )

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control of any property belonging to the judgment debtor or in which he or she had an interest?

    **ANSWER:** _____
         (Yes or No)

2. If your answer is yes, describe the property:

_____

_____

_____


3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    **ANSWER:** _____
         (Yes or No)

4. If your answer is yes, state:

    Description: _____
    Amount:   $_____
    Date Due: _____

The agent of the garnishee certifies under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the answers to the interrogatories are true. I further certify that I have mailed, to the address indicated on the reverse side, a copy of the completed interrogatories, to the judgment debtor.

                                  _____
                                    For Garnishee Defendant