IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 710 HEALTH & WELFARE FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 C 1631 |
| | ) | |
| SCALA PACKING COMPANY, INC., | ) | Judge Coar |
| an Illinois Corporation, | ) | |
| | ) | Mag. Judge Cox |
| Defendant. | ) | |

### AFFIDAVIT OF SERVICE

I, BERNARD LE FLORE, being first duly sworn on oath, depose and state that I served the Citation to Discover Assets attached hereto, on *Ross Rizal*, Plant Manager, who accepted for Pascal G. Scala, on June 9, 2008.

x *Bernard Leflore*
BERNARD LE FLORE

Subscribed and Sworn to before

me this 9th day of June 2008.

*R.H. Brett*
NOTARY PUBLIC

OFFICIAL SEAL
ROBERT BARNETT GREENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/28/09

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 710 HEALTH & WELFARE FUND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   08 C 1631 |
| ) | |
| SCALA PACKING COMPANY, INC., ) | Judge Coar |
| an Illinois Corporation, ) | |
| ) | Mag. Judge Cox |
| Defendant. ) | |

## CITATION TO DISCOVER ASSETS

TO:  SCALA PACKING COMPANY, INC.
c/o: PASCAL G. SCALA
351 West Huron Street
Chicago, Illinois 60610

YOU ARE COMMANDED to appear before the Honorable Judge Coar, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, on the 26th day of June 2008, at 9:00 a.m., Room 1419, to answer under oath such questions as may be put to you concerning the personal property of the above named Defendant, and to abide further order of the Court. Judgment was entered on April 30, 2007, for $65,410.42, and $65,410.42 remains unsatisfied.

YOU ARE COMMANDED to produce at the examination: the documents on the **List of Documents For Debtor Examination**, attached hereto.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which it may be entitled or which may be acquired by or become due to it and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to it, until the further order of Court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.

Witness: _____

the Clerk of our said Court, and the seal thereof, this _____ day of __JUN 0 6 2008__, 2008.

MICHAEL W. DOBBINS

By: J. Cervantes
Deputy Clerk

Clerk

ROBERT B. GREENBERG
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

## LIST OF DOCUMENTS FOR DEBTOR EXAMINATION

1. All pass books, check books and bank statements, including proof of safety deposit boxes, money market accounts, certificates of deposit, treasury bills including all such accounts in which your interest is direct, indirect, legal or beneficial;

2. All deeds, bills of sale, documents which evidence or reflect the judgment debtor's ownership of real or personal property, leaseholds, and similar documents evidencing assets and the value thereof including but not limited to mortgages on property, commercial paper, judgments, antiques, art, stamp or coin collections;

3. All stock certificates or other evidence of ownership of securities, bonds and like interests jointly or individually owned by the judgment debtor;

4. All books, records, papers in your possession and control which may contain information concerning property or income of, or indebtedness due judgment debtor, including but not limited to job files and records of account receivable;

5. Federal and State income tax returns and corresponding schedules filed by the judgment debtor for the years 2003, 2004, 2005 and 2006.

6. All certificates of title to automobiles, trucks, trailers and other vehicles including boats, motor homes and accessories owned individually or jointly owned by the judgment debtor;

7. All documents which show direct or indirect interest in insurance policies, including names of insurance companies issuing each policy and an itemization of surrender of cash value of each in which the judgment debtor, or any of its individual owners or operators had or has an interest;

8. An inventory of personal property owned individually or jointly owned by the judgment debtor;

9. All Financial accounting reports, and reports filed by the judgment debtor, with the Secretary of State's office or any other governmental entity. Include financial statements prepared by defendants within the last five years in connection with their attempts to procure any loans or financing;

10. All canceled checks in any checking accounts and bank statements for the years 2004, 2005, 2006 and 2007, in which the judgment debtor has or had an interest;

11. All documents establishing defendants' sources of income;

12. All lease documents entered into between defendants and any other third party;

13. All documents showing loans the corporation obtained from any institutions or individuals including family members and insurance companies;

14. All documents which establish that you are a co-maker, endorser or guarantor of any loan made to the judgment debtor;

15. All documents establishing purchases the corporation made on an installment basis;

16. All documents which establish the existence of property at which you own an interest in which the judgment debtor owns an interest held by a third party;

17. A list of all contracts, written or unwritten for work to be performed by the judgment debtor (date), including estimates for work to be done.