UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOCAL 710 HEALTH & WELFARE FUND, )
         Plaintiff )
    -vs- )
SCALA PACKING CO., INC., an Ill. Corp., )
         Defendant ) Case No. 08C 1631
    and ) Judge Coar
LA SALLE BANK, NA, now known as Bank of America )
      Garnishee-Defendant )

FILED
JUN 17 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control of any property belonging to the judgment debtor or in which he or she had an interest?

 ANSWER: __No__
   (Yes or No)

*We are only able to respond on behalf of LaSalle Bank National Association. If Plaintiff is seeking information on Bank of America N.A. they have to serve Bank of America N.A. directly.

2. If your answer is yes, describe the property:

N/A

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

 ANSWER: __No (No Record)__
   (Yes or No)

4. If your answer is yes, state:

  Description: _____
  Amount: $_____
  Date Due: _____

The agent of the garnishee certifies under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the answers to the interrogatories are true. I further certify that I have mailed, to the address indicated on the reverse side, a copy of the completed interrogatories, to the judgment debtor.

         _____
David J. Mulvihill      For Garnishee Defendant
Attorney No. 6272758
         Elena L. George

UNITED STATES DISTRICT COURT **RECEIVED**
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 0 8 2008

| | | |
|---|---|---|
| LOCAL 710 HEALTH & WELFARE FUND, ) | | MICHAEL W. DOBBINS |
| Plaintiff ) | | CLERK, U.S. DISTRICT COURT |
| -vs- ) | | |
| SCALA PACKING CO., INC., an Ill. Corp., ) | | |
| Defendant ) | | Case No. 08C 1631 |
| and ) | | Judge Coar |
| LA SALLE BANK, NA, now known as Bank of America ) | | |
| Garnishee-Defendant ) | | |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

_____ROBERT B. GREENBERG_____ on oath states:

1. Judgment was entered on _____APRIL 30, 2007_____, for judgment creditor(s) _____LOCAL 710 HEALTH & WELFARE FUND,_____ and against judgment debtor(s) _____SCALA PACKING COMPANY, INC., an Illinois Corporation,_____ for $ 65,410.42 _____ and costs.

2. $_____0_____ has been paid on judgment.

3. There is unpaid on the judgment:
   $ 65,410.42 _____ principal
   $_____ costs
   $_____ interest
   $ 65,410.42 _____ TOTAL

4. I believe garnishee _____LA SALLE BANK, NA, now known as Bank of America,_____ is indebted to the judgment debtor, other than wages, or has in his or her possession, custody or control property belonging to him or her or in which he/she has an interest.

5. I request that summons issue directed to garnishee.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: __May 30__, 2008.

_____[signature: RBG]_____

NAME: ROBERT B. GREENBERG
ATTORNEY FOR: Plaintiffs
ADDRESS: 200 West Jackson Blvd., - Suite 1900
CITY: Chicago, IL 60606
TELEPHONE: (312) 263-1500