UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOCAL 710 HEALTH & WELFARE FUND, )
            Plaintiff )
   -vs- )
SCALA PACKING CO., INC., an Ill. Corp., )
            Defendant )   Case No. 08C 1631
   and )   Judge Coar
BROADWAY BANK, )
         Garnishee-Defendant )   **PLEASE SERVE:**
  Broadway Bank
  5960 North Broadway
  Chicago, IL 60660

## GARNISHMENT SUMMONS (NON-WAGE)

To the Garnishee:  **BROADWAY BANK,**

YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court located in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on or before ** **JULY 17, 2008.** However, if this summons is served on you less than 10 days before that date, you must file answers to the interrogatories on or before 14 days after that date. **IF YOU FAIL TO DO SO, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.**

To the Officer:

This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date.

                              MICHAEL W. DOBBINS
                              Clerk of the Court

Date: JUN 24 2008

                              Deputy Clerk

(Seal of Court)

NOTE:  This summons is issued pursuant to Rule 69A of the Federal Rules of Civil Procedure.

** 21-30 days after date of issuance of this summons.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-25-2008 |
| NAME OF SERVER (PRINT) Bernard L. Flore | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Bank Officer Paul Shiby who accepted Service for Broadway Bank

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-25-2008
          Date

Signature of Server: X Bernard Leflore

Address of Server: 200 W. Jackson Suite 1900

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.