UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOCAL 710 HEALTH & WELFARE FUND, )
                       Plaintiff )
         -vs- )
SCALA PACKING CO., INC., an Ill. Corp., )
                       Defendant ) Case No. 08C 1631
            and )
BROADWAY BANK, ) Judge Coar
               Garnishee-Defendant )

**FILED JUN 24 2008 EA 6-24-2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

ROBERT B. GREENBERG on oath states:

1. Judgment was entered on APRIL 30, 2007, for judgment creditor(s) LOCAL 710 HEALTH & WELFARE FUND, and against judgment debtor(s) SCALA PACKING COMPANY, INC., an Illinois Corporation, for $ 65,410.42 and costs.

2. $ 0 has been paid on judgment.

3. There is unpaid on the judgment:
   $ 65,410.42 principal
   $ _____ costs
   $ _____ interest
   $ 65,410.42 TOTAL

4. I believe garnishee BROADWAY BANK is indebted to the judgment debtor, other than wages, or has in his or her possession, custody or control property belonging to him or her or in which he/she has an interest.

5. I request that summons issue directed to garnishee.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: Jan 24, 2008.

NAME: ROBERT B. GREENBERG
ATTORNEY FOR: Plaintiffs
ADDRESS: 200 West Jackson Blvd., - Suite 1900
CITY: Chicago, IL 60606
TELEPHONE: (312) 263-1500

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 710 HEALTH & WELFARE FUND, | ) | |
|     Plaintiff | ) | |
| -vs- | ) | |
| SCALA PACKING CO., INC., an Ill. Corp., | ) | |
|     Defendant | ) | Case No. 08C 1631 |
|     and | ) | Judge Coar |
| BROADWAY BANK, | ) | |
|     Garnishee-Defendant | ) | |

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control of any property belonging to the judgment debtor or in which he or she had an interest?

    **ANSWER:** _____
              (Yes or No)

2. If your answer is yes, describe the property:

_____

_____

_____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    **ANSWER:** _____
              (Yes or No)

4. If your answer is yes, state:

    Description: _____
    Amount: $_____
    Date Due: _____

The agent of the garnishee certifies under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the answers to the interrogatories are true. I further certify that I have mailed, to the address indicated on the reverse side, a copy of the completed interrogatories, to the judgment debtor.

                                                _____
                                                For Garnishee Defendant