THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LOCAL 710 HEALTH & WELFARE FUND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.   08 C 1631 |
| | ) | |
| **SCALA PACKING COMPANY, INC.,** | ) | Judge Coar |
| an Illinois Corporation, | ) | |
| | ) | Mag. Judge Cox |
| **Defendant.** | ) | |

## MOTION FOR RULE TO SHOW CAUSE

NOW COMES the Plaintiff, LOCAL 710 HEALTH & WELFARE FUND, by their Attorney, Robert B. Greenberg of Asher, Gittler, Greenfield & D'Alba, Ltd., and moves the Court for entry of an order for Rule to Show Cause to issue against the Defendant, PASCAL G. SCALA, Officer of Scala Packing Company, Inc., for failure to appear pursuant to Citation to Discover Assets served personally on him on June 9, 2008, and in support of said Motion, Plaintiff states as follows:

1) Plaintiff filed a Citation to Discover Assets on June 6, 2008, to be served on Pascal G. Scala.

2) Pascal G. Scala was personally served with the Citation to Discover Assets on June 9, 2008.

3) The Citation to Discover Assets was returnable on the 6th day of June 2008, but Pascal G. Scala did not appear on that date, and there was no Order entered by the Court, as the return of Citation was not on the Court's call for that date.

4) Plaintiff's Counsel appeared in Court on the 26th of June, and advised that the matter was not on the call.

5) Plaintiff's Counsel observed that Pascal G. Scala did not appear on that date, nor did Pascal G. Scala contact Plaintiff's Counsel to discuss the fact that the matter had not been on the Court's Call on June 26, 2008.

WHEREFORE, Plaintiff moves for an Order for enter against the Defendant for a Rule to Show Cause on PASCAL G. SCALA, for failure to appear pursuant to Citation to Discover Assets previously served upon him.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558