## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Local 710 Health & Welfare Fund
                              Plaintiff,

v.                                                           Case No.: 1:08–cv–01631
                                                          Honorable David H. Coar

Scala Packing Company, Inc.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable David H. Coar: Motion hearing held on 8/27/2008 regarding motion for rule to show cause[20]. MOTION by Plaintiff Local 710 Health & Welfare Fund for rule to show cause regarding Pascal G. Scala[20] is entered and continued for a Motion Hearing on 9/16/2008 at 09:00. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.